IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRAVON COLE, T-88389, | ) | |
| Plaintiff(s), | ) | No. C 12-1496 CRB (PR) |
| vs. | ) | ORDER OF TRANSFER |
| WASCO STATE PRISON, | ) | |
| Defendant(s). | ) | |

      Plaintiff, a prisoner at Salinas Valley State Prison, has filed a pro se complaint under 42 U.S.C. § 1983 alleging wrongdoing by correctional staff at Wasco State Prison. A substantial part of the events or omissions giving rise to the claim(s) occurred, and any viable defendants reside, in the County of Kern, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

      Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

      The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: April 3, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.12\Cole, T.12-1496.transfer.wpd