# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON COLE,<br><br>            Plaintiff,<br><br>      v.<br><br>WASCO STATE PRISON,.<br><br>            Defendant.<br>_____/ | CASE NO. 1:12-cv-00511-MJS (PC)<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 9)<br><br>PLAINTIFF MUST RESPOND BY AUGUST 10, 2012 |

Plaintiff Travon Cole ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

The Court, on April 4, 2012, ordered Plaintiff to either consent or decline Magistrate Judge jurisdiction not later than May 7, 2012.  (ECF No. 5.)   Plaintiff failed to do either or otherwise respond.  The Court then, on May 21, 2012, gave him a further opportunity and ordered him to consent or decline by June 21, 2012. (ECF No. 9.)   He did not do so or request an extension of time to do so.

Local Rule 110 provides that "failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  District courts have the inherent power to control their dockets and "in the exercise of that power, they may impose sanctions including, where appropriate . . . dismissal of a case."  Thompson v. Housing Auth., 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action based on a party's

-1-

failure to prosecute an action, failure to obey a court order, or failure to comply with local rules.  See, e.g., Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995) (dismissal for noncompliance with local rule); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); Henderson v. Duncan, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for lack of prosecution and failure to comply with local rules).

Plaintiff will be given one final opportunity until **August 10, 2012**, **and no later**, to consent or decline Magistrate Judge jurisdiction or show cause why his case should not be dismissed for failure to comply with a court order.  **Failure to meet this deadline will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   July 31, 2012                         /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE